SULLIVAN & WORCESTER LLP
Franklin B. Velie
Jonathan G. Kortmansky
Siobhan Briley
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone:  (212) 660-3000
Facsimile:  (212) 660-3001

*Attorneys for Defendants*
*Richard Hart and Marie Louise Trudel-Hart*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEKISUI AMERICA CORPORATION and SEKISUI MEDICAL CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD HARD and MARIE LOUISE TRUDEL-HART, <br><br> Defendants. | 12 Civ. 3479 (SAS) <br><br> ECF Case |

### DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE THAT, upon the Declaration of Jonathan G. Kortmansky, dated July 2, 2012, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, and all papers filed and proceedings had herein, Defendants Marie Louise Trudel-Hart and Richard Hart, by and through undersigned counsel, will move before the Honorable Shira A. Scheindlin, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007 at a day and time to be set by the Court, for an order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       July 2, 2012

SULLIVAN & WORCESTER LLP

By: /s/Jonathan G. Kortmansky
    Franklin B. Velie
    Jonathan G. Kortmansky
    Siobhan Briley
1633 Broadway, 32nd Floor
New York, NY 10019
Telephone:  (212) 660-3000
Facsimile:  (212) 660-3001
fvelie@sandw.com
jkortmansky@sandw.com
sbriley@sandw.com

*Attorneys for Defendants Richard Hart and Marie Louise Trudel-Hart*

TO:    Karen L. Hagberg
       Craig B. Whitney
       Morrison & Foerster LLP
       1290 Avenue of the Americas
       New York, NY 10104

       *Attorneys for Plaintiffs Sekisui America Corporation and Sekisui Medical Co., Ltd.*