SULLIVAN & WORCESTER LLP
Franklin B. Velie
Jonathan G. Kortmansky
Siobhan Briley
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone:  (212) 660-3000
Facsimile:  (212) 660-3001

*Attorneys for Defendants*
*Richard Hart and Marie Louise Trudel-Hart*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEKISUI AMERICA CORPORATION and SEKISUI MEDICAL CO. LTD.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>RICHARD HART and MARIE LOUISE TRUDEL-HART,<br><br>                    Defendants. | 12 Civ. 3479 (SAS)<br><br>ECF Case |

### DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE THAT, upon the Declaration of Jonathan G. Kortmansky, dated July 3, 2012, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, and all papers filed and proceedings had herein, Defendants Marie Louise Trudel-Hart and Richard Hart, by and through undersigned counsel, will move before the Honorable Shira A. Scheindlin, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007 at a day and time to be set by the Court, for an order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and for such other and further relief as the Court may deem just and proper.

2

| | |
|---|---|
| Dated: New York, New York<br>July 3, 2012 | SULLIVAN & WORCESTER LLP<br><br>By: /s/Jonathan G. Kortmansky<br>    Franklin B. Velie<br>    Jonathan G. Kortmansky<br>    Siobhan Briley<br>1633 Broadway, 32nd Floor<br>New York, NY 10019<br>Telephone:  (212) 660-3000<br>Facsimile:  (212) 660-3001<br>fvelie@sandw.com<br>jkortmansky@sandw.com<br>sbriley@sandw.com<br><br>*Attorneys for Defendants Richard Hart and Marie Louise Trudel-Hart* |
| TO:  Karen L. Hagberg<br>      Craig B. Whitney<br>      Morrison & Foerster LLP<br>      1290 Avenue of the Americas<br>      New York, NY 10104<br><br>      *Attorneys for Plaintiffs Sekisui America Corporation and Sekisui Medical Co., Ltd.* | |