Scheindlin, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEKISUI AMERICA CORPORATION and
SEKISUI MEDICAL CO., LTD.,

　　　　　　Plaintiffs,

v.

RICHARD HART and MARY LOUISE
TRUDEL-HART,

　　　　　　Defendants.

ECF CASE

Civil Action No. 12-CV-3479 (SAS)

**[PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO
DISMISS**

---

　　　　Pursuant to Rule IV.D of the Individual Rules and Procedures of Judge Shira A. Scheindlin, the parties hereby propose the following briefing schedule for Defendants' Motion to Dismiss the Complaint:

　　　　1.　Defendants will file and serve their motion and supporting memorandum of law on or before July 2, 2012;

　　　　2.　Plaintiffs will file and serve their opposition to Defendants' motion on or before August 3, 2012; and

　　　　3.　Defendants will file and serve their reply to Plaintiffs' opposition on or before August 24, 2012.

ny-1048263

Date: July 2, 2012

MORRISON & FOERSTER LLP

By: _____
Karen L. Hagberg
Craig B. Whitney

1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
khagberg@mofo.com
cwhitney@mofo.com

*Attorneys for Plaintiffs*

SO ORDERED.

Date: 7/3/12

Respectfully submitted,

SULLIVAN & WORCESTER LLP

By: _____
Frank B. Velie
Jonathan G. Kortmansky

1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
fvelie@sandw.com
jkortmansky@sandw.com

*Attorneys for Defendants*

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRCT JUDGE

ny-1048263

2