

**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

October 3, 2012

*Request granted. The parties shall hold their mediation session before December 6, 2012. No further adjournments will be granted. So Ordered.*

*October 3, 2012*

*Shira A. Scheindlin*

**By Hand**

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl St., Room 1620
New York, NY 10007

Re: Sekisui America Corporation et al. v. Hart et al.
12 CV 3479 (SAS)

Dear Judge Scheindlin:

We represent defendants Richard Hart and Mary Louise Trudel-Hart in the above-referenced action. We write with the consent of counsel for the Plaintiffs to request an extension of the deadline for the parties to hold their mediation session from November 3, 2012 to December 6, 2012.

By way of background, on August 20, 2012, the Court entered an order referring the parties to the Court-annexed Mediation Program (Docket No. 18). On September 3, 2012, the Court granted the parties' request to engage in private mediation, and ordered that the parties hold their mediation session by November 3, 2012 (Docket No. 26). The parties have agreed to a mediator, but that mediator's first available date is December 6, 2012. The mediator has agreed to hold December 6, 2012 for the parties' mediation pending Court approval of an extension of the deadline.

The parties respectfully request that the Court extend until December 6, 2012 the deadline for the parties to hold their mediation session.

Respectfully submitted,

Jonathan G. Kortmansky

Direct line: (212) 660-3044
jkortmansky@sandw.com

cc: Craig B. Whitney, Esq.

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/3/12*