# MORRISON | FOERSTER

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

January 9, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/13

Writer's Direct Contact
212.336.4122
CWhitney@mofo.com

BY FACSIMILE (212) 805-7920

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*[Handwritten annotation:]* A conference is scheduled for January 18, 2013 at 4:00pm at which the proposed scheduling will be discussed.

So Ordered,

1/10/13

Shira A. Scheindlin
USDJ

Re: *Sekisui America Corporation et al. v. Hart et al.*, Case No. 12-cv-3479 (SAS)

Dear Judge Scheindlin:

We represent Plaintiffs in the above-referenced action, and write on behalf of all parties. Following the Court's October 17, 2012 Order granting in part and denying in part Defendants' motion to dismiss, the parties continued to engage in limited discovery in accordance with the August 20, 2012 Scheduling Order, and participated in the Court-ordered mediation on December 6, 2012. The parties now seek to schedule the remaining pre-trial deadlines in this action, and have submitted a joint proposed scheduling order for the Court's consideration.

Respectfully submitted,

Craig B. Whitney

Encl.

cc: Jonathan Kortmansky, Esq. (via email: jkortmansky@sandw.com)

ny-1072687