

| | |
|---|---|
| Sullivan & Worcester LLP<br>1633 Broadway<br>New York, NY 10019 | T 212 660 3000<br>F 212 660 3001<br>www.sandw.com |

January 11, 2013



**By Hand**

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl St., Room 1620
New York, NY 10007

Re:   Sekisui America Corporation v. Hart
      <u>12 CV 3479 (SAS)</u>

Dear Judge Scheindlin:

We represent defendants Richard Hart and Mary Louise Trudel-Hart in the above-referenced action.  We write with the consent of counsel for the Plaintiffs.  On January 10, 2013, the Court issued a letter endorsed order scheduling a status conference for January 18, 2013 at 4 p.m. to discuss the parties' proposed amended scheduling order.  Due to scheduling conflicts, we respectfully request an adjournment of the conference to either January 24 or 25.

Respectfully submitted,

*/s/ Jonathan G. Kortmansky*

Jonathan G. Kortmansky

Direct line:  (212) 660-3044
jkortmansky@sandw.com

cc:   Craig B. Whitney, Esq.

*Request denied. The January 18 conference will proceed as scheduled. So Ordered.*

*[signed] USDJ 1/14/13*