UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEKISUI AMERICA CORPORATION and SEKISUI MEDICAL CO. LTD.,<br><br>                              Plaintiffs,<br><br>        v.<br><br>RICHARD HART and MARIE LOUISE TRUDEL-HART,<br><br>                              Defendants. | 12 Civ. 3479 (SAS)<br><br>**NOTICE OF APPEARANCE** |
| RICHARD HART and MARIE LOUISE TRUDEL-HART,<br><br>                              Plaintiffs,<br><br>        v.<br><br>SEKISUI AMERICA CORPORATION and SEKISUI MEDICAL CO. LTD.,<br><br>                              Defendants. | 12 Civ. 3560 (SAS) |

PLEASE TAKE NOTICE that Siobhan Briley of Sullivan & Worcester LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned proceeding for defendants Richard Hart and Marie Louise Trudel-Hart, and requests service of all notices, orders, correspondence and other papers filed in connection with this action.

Dated:  New York, New York
        January 18, 2013

SULLIVAN & WORCESTER, LLP

By:  _____/s/Siobhan Briley_____
     Siobhan Briley (SB-3046)
     1633 Broadway, 32nd Floor
     New York, NY 10019
     (212) 660-3030
     sbriley@sandw.com

*Attorneys for Defendants Richard Hart and Marie Louise Trudel-Hart*