UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SEKISUI AMERICA CORP., et al.,                    :

               Plaintiffs,                   :       **ORDER**

    - against -                                 :       12 Civ. 3479 (SAS) (FM)

RICHARD HART, et al.,                             :

               Defendants.                  :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the conference held on April 8, 2013, it is hereby ORDERED that:

1. By April 15, 2013, the Plaintiffs shall submit a letter in response to the Defendants' letters dated April 4 and April 5, 2013.

2. By April 24, 2013, the Defendants may submit a letter reply.

SO ORDERED.

Dated:    New York, New York
            April 8, 2013

                                                   FRANK MAAS
                                         United States Magistrate Judge

Copies to:

Hon. Shira A. Scheindlin
United States District Judge

Counsel via ECF