UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEKISUI AMERICA CORPORATION and
SEKISUI MEDICAL CO., LTD.,

                    Plaintiffs,

     v.

RICHARD HART and MARIE LOUISE
TRUDEL-HART,

                 Defendants.

ECF CASE

Civil Action No. 12-CV-3479 (SAS)

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Natalie Fleming Nolen from the firm of Morrison & Foerster LLP hereby appears as counsel of record for Plaintiffs Sekisui America Corporation and Sekisui Medical Co., Ltd. in this action.

Dated: New York, New York
       June 24, 2013

MORRISON & FOERSTER LLP

By:   <u>/s/ Natalie Fleming Nolen</u>
     Natalie Fleming Nolen

1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
NFlemingNolen@mofo.com

*Attorneys for Plaintiffs Sekisui America*
*Corporation and Sekisui Medical Co., Ltd.*