UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEKISUI AMERICA CORPORATION and SEKISUI MEDICAL CO. LTD.,<br><br>                    Plaintiffs,<br><br>            v.<br><br>RICHARD HART and MARIE LOUISE TRUDEL-HART,<br><br>                    Defendants. | 12 Civ. 3479 (SAS)<br><br>**NOTICE OF APPEARANCE** |
| RICHARD HART and MARIE LOUISE TRUDEL-HART,<br><br>                    Plaintiffs,<br><br>            v.<br><br>SEKISUI AMERICA CORPORATION and SEKISUI MEDICAL CO. LTD.,<br><br>                    Defendants. | 12 Civ. 3560 (SAS) |

   PLEASE TAKE NOTICE that Franklin B. Velie, a member of Sullivan & Worcester LLP and an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned proceeding for defendants Richard Hart and Marie Louise Trudel-Hart, and requests service of all notices, orders, correspondence and other papers filed in connection with this action.

Dated:  New York, New York
            June 26, 2013

SULLIVAN & WORCESTER, LLP

By: */s/Franklin B. Velie*
       Franklin B. Velie
1633 Broadway, 32nd Floor
New York, NY 10019
Telephone:  (212) 660-3000
Facscimile:  (212) 660-3001
Email:  fvelie@sandw.com

*Attorneys for Defendants Richard Hart and Marie Louise Trudel-Hart*