

November 6, 2013

**VIA e-FILE AND FEDEX**

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

Re:    *Sekisui America Co., Ltd v. Hart*, No. 12-CIV-3479

Dear Judge Scheindlin:

We represent Defendants Richard Hart and Marie Louise Trudel-Hart (the "Harts") in the above-referenced action.  We write regarding the briefing schedule for the Harts' motion *in limine* to strike part or all of the Kuehn Expert Report submitted by Plaintiffs.  To avoid a briefing schedule that would create lawyer hardship due to the Thanksgiving holiday, the Harts have met and conferred with Plaintiffs and the parties have agreed to the following suggested briefing schedule:  the Harts' would submit their motion no later than November 15, 2013; Plaintiffs would submit their opposition on December 2, 2013 no later than 12 p.m.; the Harts would submit any reply no later than December 6, 2013.  We respectfully request that the Court endorse the schedule agreed to by the parties.

The Harts have no objection to Plaintiffs' request that the Harts notify them of Dr. Bajaj's additional opinions, if any, when the parties make their pretrial disclosures.

Respectfully submitted,

/s/

Franklin B. Velie

Direct line: 212-660-3037
fvelie@sandw.com