UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEKISUI AMERICA CORPORATION and SEKISUI MEDICAL CO., LTD.,<br><br>              Plaintiffs,<br><br>  v.<br><br>RICHARD HART and MARIE LOUISE TRUDEL-HART,<br><br>              Defendants. | Civil Action No. 12-CV-3479 (SAS) |

**DECLARATION OF CRAIG B. WHITNEY IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF
<u>CARRIE M. KUEHN</u>**

ny-1118262

I, Craig B. Whitney, hereby declare:

1.      I am a member of the Bar of the State of New York and am admitted to practice before this Court. I am an attorney at the law firm Morrison & Foerster LLP, counsel for Plaintiffs Sekisui America Corporation and Sekisui Medical Co., Ltd. (together, "Plaintiffs"). This declaration is being submitted in support of Plaintiffs' Opposition to Defendants' Motion *in Limine* to Exclude the Expert Report and Testimony of Carrie M. Kuehn. I have personal knowledge of the following facts.

2.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of the relevant portions of the transcript of the September 27, 2013 conference before this Court.

3.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of the relevant portions of the transcript of the October 24, 2013 conference before this Court.

4.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of the letter from Defendants to this Court, dated November 4, 2013.

5.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of the Regulatory Affairs Certification (RAC), RAC Application webpage, available at http://www.raps.org/rac.aspx (last visited November 16, 2013).

6.      Attached hereto as <u>Exhibit E</u> is a true and correct copy of the Regulatory Affairs Professionals Society, Medical Devices and Pharmaceuticals (Dual) Program Details webpage, available at http://www.raps.org/online-university/regulatory-affairs-certificate-program/medical-devices-and-pharmaceuticals-dual.aspx (last visited November 16, 2013).

7.      Attached hereto as <u>Exhibit F</u> is a true and correct copy of the Maintain Your RAC Certification webpage, available at www.raps.org/RAC/maintain-your-rac.aspx (last visited November 16, 2013).

8. Attached hereto as <u>Exhibit G</u> is a true and correct copy of the relevant portions of the transcript of the August 22, 2013 deposition of Carrie Kuehn.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 18, 2013 in New York, New York.

/s/ Craig B. Whitney<br>
Craig B. Whitney