UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

SEKISUI AMERICAN CORPORATION
and, SEKISUI MEDICAL CO., LTD,

          Plaintiffs,

- against -

RICHARD HART and MARIE LOUISE
TRUDEL-HART,

          Defendants.
------------------------------------------------------- X

**ORDER**

12 Civ. 3479 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/14

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

For the reasons stated on the record at the conference held on December 18, 2013, Plaintiffs' motion in limine is granted and Defendants' motion in limine is denied. The Clerk of the Court is directed to close these motions (Docket Entry #65 and 72).

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            January 6, 2014

## - Appearances -

**For Plaintiffs:**

Karen Louise Hagberg, Esq.
Craig Brian Whitney, Esq.
Natalie Anne Fleming Nolan, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8000
Fax: (212) 468-7999


**For Defendants:**

Franklin B. Velie, Esq.
Jonathan G. Kortmansky, Esq.
Siobhan Briley, Esq.
Sullivan & Worchester, LLP
1633 Broadway, 32nd Floor
New York, NY 10019
(212) 660-3000
Fax: (212) 660-3001