UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEKISUI AMERICA CORPORATION and SEKISUI MEDICAL CO., LTD.,<br><br>       Plaintiffs,<br><br>  v.<br><br>RICHARD HART and MARIE LOUISE TRUDEL-HART,<br><br>       Defendants. | ECF CASE<br><br>Civil Action No. 12-CV-3479 (SAS)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Leda A. Moloff from the firm of Morrison & Foerster LLP hereby appears as counsel of record for Plaintiffs Sekisui America Corporation and Sekisui Medical Co., Ltd. in this action.

Dated: New York, New York
    January 7, 2014

MORRISON & FOERSTER LLP

By: /s/ Leda A. Moloff
   Leda A. Moloff

1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
lmoloff@mofo.com

*Attorneys for Plaintiffs Sekisui America Corporation and Sekisui Medical Co., Ltd.*

ny-1119764