UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEKISUI AMERICA CORPORATION and
SEKISUI MEDICAL CO., LTD.,

        Plaintiffs,

v.

RICHARD HART and MARY LOUISE
TRUDEL-HART,

        Defendants.

ECF CASE

Civil Action No. 12-CV-3479 (SAS)

[PROPOSED] ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/14
```

    Courtroom Connect, a Southern District of New York contracted vendor, is hereby authorized to provide the parties in the referenced matter with Internet connectivity for the duration of the trial set to begin on Monday, January 13, 2014.

    Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court. The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

    SO ORDERED.

Dated: January 7, 2014

                                              Hon. Shira A Scheindlin, U.S.D.J.