# COURTESY COPY

Case 1:12-cv-03479-SAS-FM Document 100 Filed 01/07/14 Page 1 of 1

**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/14

January 7, 2014

Writer's Direct Contact
212.336.4122
CWhitney@mofo.com

BY ECF

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*Plaintiffs' request is hereby granted.*

January 8, 2014

SO ORDERED

Shira A. Scheindlin, USDJ

Re: *Sekisui America Corporation et al. v. Hart et al.*, Case No. 12-cv-3479 (SAS) (FM)

Dear Judge Scheindlin:

We represent Plaintiff in the above-referenced matter. We are writing to request permission to have access to the Courtroom on the morning of Friday, January 10, 2014, if it is available, to deliver physical exhibits, documents and technical equipment for use during the trial commencing on January 13, 2014. Counsel for Plaintiffs seeks to bring the following equipment:

- 4 LCD Monitors
- 2 Projector stands
- 1 Projector
- 1 Projection Screen
- 1 Wolfvision Visualizer (Elmo)
- 1 VGA Switch
- 1 VGA DA
- 1 Black and white printer

We would like to have a total of about 18 boxes as well as rolling carts, and a screen delivered by Urban Express messenger service. The driver of the vehicle will be Michael Dawson of Urban Express. The vehicle he will be driving is a 2012 Ford E150 (White Van) with New York License Plate Number XAXA44. Ryan Fisher, our courtroom support technician, and Chizuru Kirigakubo, a paralegal, will be setting up the courtroom.

Respectfully submitted,

Craig B. Whitney

ny-1124684