USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

SEKISUI AMERICAN CORPORATION
and SEKISUI MEDICAL CO., LTD,

              Plaintiffs,

- against -

RICHARD HART and MARIE LOUISE
TRUDEL-HART,

              Defendants.
------------------------------------------------------X

**ORDER**

**12 Civ. 3479 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Courthouse Security Officers are hereby ordered to permit Franklin B. Velie, Esq., Jonathan G. Kortmansky, Esq., Siobhan Briley, Esq., Mary Louise Trudel-Hart, Molson Hart (iPad only), Natalie Anne Fleming Nolan, Esq., Leda Moloff, Esq., and Chizuru Kirigakubo to bring their cellular telephones and tablet computing devices into the Courthouse for the duration of the trial, which is anticipated to begin on January 13, 2014, and conclude on January 17, 2014.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
January 8, 2014

## - Appearances -

**For Plaintiffs:**

Karen Louise Hagberg, Esq.
Craig Brian Whitney, Esq.
Natalie Anne Fleming Nolan, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8000
Fax: (212) 468-7999


**For Defendants:**

Franklin B. Velie, Esq.
Jonathan G. Kortmansky, Esq.
Siobhan Briley, Esq.
Sullivan & Worchester, LLP
1633 Broadway, 32nd Floor
New York, NY 10019
(212) 660-3000
Fax: (212) 660-3001