**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BERLIN, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

January 9, 2014

Writer's Direct Contact
+1 (212) 468.8032
KHagberg@mofo.com

BY ECF AND FACSIMILE

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Sekisui America Corporation et al. v. Hart et al.*, Case No. 12-cv-3479 (SAS) (FM)

Dear Judge Scheindlin:

We represent Plaintiffs in the above-referenced matter, and write with consent of Defendants to inform the Court of two items prior to the upcoming January 13 trial.

*First,* subject to the Court's approval, the parties have agreed to limit opening statements to no more than thirty minutes and closing argument to no more than sixty minutes; and

*Second*, Plaintiffs intend to utilize an interpreter for the testimony of Mr. Mamoru Takemura, who is a Japanese native. Mr. Takemura is able to converse in English, but is more comfortable using the services of an interpreter given the circumstances of testifying in federal court. The identity and credentials of the interpreter have been provided to Defendants, who do not object.

Respectfully submitted,

Karen L. Hagberg

cc: Franklin B. Velie, Esq. (via ECF)
    Jonathan G. Kortmansky, Esq. (via ECF)

ny-1124027