

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

By Fax

January 7, 2014

Hon. Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Sekisui America Corporation v. Hart, 12 CV 3479 (SAS)

Dear Judge Scheindlin:

We represent defendants Richard Hart and Mary-Louise Trudel-Hart in the referenced matter, which is scheduled for trial on Monday, January 13, 2014.

We write to request an order permitting Urban Express messenger service to deliver defendants' trial materials on the morning of January 13, 2014 to the Courthouse.

Subject to Court's approval, Urban Express will deliver 6-10 boxes to Courtroom 15C at approximately 8:30 AM. Michael Dawson will be the driver/delivery person and he will arrive at the Courthouse in a 2012 Ford E150 Van, New Jersey Plate No. XAXX4.

Respectfully submitted,

Richard J. Lombardo
Managing Clerk

cc:   Karen L. Hagberg, Esq.

*Handwritten annotation:* Defendants' request is hereby granted.

January 9, 2014   SO ORDERED:

/s/ Shira A. Scheindlin, USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/14

BOSTON   NEW YORK   WASHINGTON, DC