**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

January 17, 2014


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/14

Writer's Direct Contact
212.336.4122
CWhitney@mofo.com

BY ECF

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*Plaintiff's request is hereby granted.*

*January 17, 2014*　　　*SO ORDERED*

*[signed] Shira A. Scheindlin, USDJ*

Re: *Sekisui America Corporation et al. v. Hart et al.*, Case No. 12-cv-3479 (SAS) (FM)

Dear Judge Scheindlin:

We represent Plaintiff in the above-referenced matter. We are writing to request permission to have access to the Courtroom on the afternoon of Friday, January 17, 2014, to remove physical exhibits, documents and technical equipment used during the trial in the above referenced matter. Counsel for Plaintiffs seeks to remove the following equipment as well as boxes of documents:

    4 LCD Monitors
    2 Projector stands
    1 Projector
    1 Projection Screen
    1 Wolfvision Visualizer (Elmo)
    1 VGA Switch
    1 VGA DA
    1 Black and white printer

Urban Express is the messenger service that we will be using. The driver of the vehicle will be Michael Dawson of Urban Express. The vehicle he will be driving is a 2012 Ford E150 (White Van) with New York License Plate Number XAXA44. Ronald Hicks from our IT Department and Lamar Penn from our Offices Service Department will be assisting with disassembling the courtroom.

                        Respectfully submitted,

                        s/ Craig B. Whitney

                        Craig B. Whitney

ny-1126473