UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
SEKISUI AMERICA CORPORATION and,
SEKISUI MEDICAL CO., LTD

             Plaintiffs,

    v.

RICHARD HART and MARIE LOUISE
TRUDEL-HART,

             Defendants.
-----------------------------------------------------------x

Civil Action No. 12-CV-3479 (SAS)

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' LIST OF ADMITTED TRIAL EXHIBITS**

      On January 22, 2014, pursuant to the Court's instructions, each party submitted to the Court a list of exhibits that the party successfully offered for admission at trial. Plaintiffs object to the following exhibits on Defendants' proffered list because these exhibits were neither introduced during the questioning of any witness, nor admitted into evidence at the trial, and therefore should not now be admitted:

    1.    DX-M (2006 Intertek audit),

    2.    DX-X (Morgan Lewis Preliminary Due Diligence Report),

    3.    DX-HHHHHHHH(8) (Audit Certification).

1

2

Dated:  January 31, 2014                          MORRISON & FOERSTER LLP


     /s/ Karen L. Hagberg
Karen L. Hagberg
Craig B. Whitney
Natalie A. Fleming Nolen
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 468-8000
Facsimile:   (212) 468-7900
khagberg@mofo.com
cwhitney@mofo.com
nflemingnolen@mofo.com

*Attorneys for Plaintiffs*
*SEKISUI AMERICA CORPORATION and*
*SEKISUI MEDICAL CO., LTD.*

2

ny-1129239